**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

HomePlus Insurance Agency, Inc.,
And Securian Financial Group,

Plaintiffs,

Civil No.: 00-1099 DWF/AJB

v.

**AMENDED SCHEDULING ORDER**

E.W. Blanch Holdings, Inc.,

Defendant.

IT IS HEREBY ORDERED, based on the stipulations of counsel during the January 10, 2001 conference call status conference, that the Scheduling Order in this matter be amended as follows:

1. The parties shall appear for a settlement conference on February 27, 2001. The parties shall submit confidential position statements by the close of business on February 22, 2001.

2. Discovery, other than expert discovery, shall be commenced in time to be completed by March 15, 2001.

3. Written reports of experts shall be made by March 1, 2001.

4. Expert depositions shall be completed by April 15, 2001.

5. Non-dispositive motions shall be served and filed by May 1, 2001.

6. Summary judgment motions shall be served and filed by June 1, 2001.

Dated: 2/6/01

Arthur J. Boylan
United States Magistrate Judge

Doc# 1359915\1

FILED FEB 06 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK