UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

HOMEPLUS INSURANCE COMPANY, INC., and SECURIAN FINANCIAL GROUP,

Plaintiffs,

v.

E.W. BLANCH HOLDINGS, INC.,

Defendant.

Civil File No. 00-1099 DWF/AJB

NOTICE OF ASSIGNMENT OF CASE FOR SUMMARY JURY TRIAL

The above matter is set for a summary jury trial as a day certain, to commence at 9:00 a.m. on June 11, 2001. On or before June 4, 2001, counsel shall file with the Court their agreed upon preliminary jury charge as well as the language of the Court's closing instructions and special verdict forms.

Dated: March 8, 2001

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED MAR - 8 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK