Sent by: MOSELEY & STANDERFER, P.C. 214 525 3939; 03/14/01 11:46; JetFax #386;Page 2/5
Received: 3/ 5/01 11:49; 651 223 5332 -> MOSELEY & STANDERFER, P.C.; Page 2
03/05/2001 11:35 651 223 5332 → 12145253939 NO.207 002

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| HomePlus Insurance Agency, Inc., and Securian Financial Group, Inc.,<br>Plaintiffs,<br>v.<br>E. W. Blanch Holdings, Inc.,<br>Defendant. | Court File No. 00-1099 DWF/AJB<br><br>**STIPULATION FOR SUPPLEMENTAL PROTECTIVE ORDER WITH RESPECT TO SCRUGGS CORP.** |

Employees of Scruggs Corp. ("Scruggs") have been subpoenaed to testify in the above-captioned matter. The parties hereto recognize that in the course of discovery involving Scruggs, certain confidential information may be disclosed. However, the parties wish to insure that such information shall not be used for any purpose other than for the above-entitled action and shall not be made public or otherwise disseminated beyond the extent necessary for purposes of this action.

Accordingly, for purposes of this action, the parties agree and the Court orders as follows:

The Protective Order attached hereto as Exhibit A ("the Protective Order") entered by the Court on October 2, 2000 in the above-entitled matter shall also apply to Scruggs information with the following clarifications and exceptions:

a. Document shall be as defined in paragraph 1 of the Protective Order.

MAR 29 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Doc# 1369998\1

b. Designation of documents as confidential information shall be governed by paragraphs 2 of the Protective Order. For purposes of Scrugg's confidential information, Scrugg shall have the same rights and responsibilities as Homeplus Insurance Agency, Inc., and Securian Financial Group, Inc. ("HPA") or E.W. Blanch Holdings, Inc., ("EWB") for designating its information as confidential information. Scruggs confidential information shall be designated as "**SCRUGGS CONFIDENTIAL INFORMATION**" if any documents are disclosed containing confidential information. Scrugg's counsel shall have the right to request that deposition testimony be marked confidential at the deposition and in accordance with the procedures of paragraph 4 of the Protective Order.

c. As to use of confidential information, Scrugg's confidential information shall be maintained in confidence and disclosed only in accordance with paragraphs 4 - 8 of the Protective Order.

d. As to information designated improperly, and the other matters concerning Scruggs confidential information, paragraphs 9 - 13 of the Protective Order shall govern. Scruggs shall have the same rights and responsibilities with respect to confidential information as set forth therein for parties, and HPA and EWB shall treat Scruggs confidential information the same way they are required to treat a party's information under the Protective Order.

Sent by: MOSELEY & STANDERFER, P.C. 214 525 3939; 03/14/01 11:46; JetFax #386;Page 4/5
Received: 3/ 5/01 11:49; 651 223 6332 -> MOSELEY & STANDERFER, P.C.; Page 4
03/05/2001 11:35 651 223 5332 → 12145253939 NO.207 D04

Thomas F. Pursell, Esq.
LINDQUIST & VENNUM, P.L.L.P.
444 Cedar Street, Suite 1700
St. Paul, MN 55101

ATTORNEYS FOR PLAINTIFFS

Gregory Weyandt, Esq.
RIDER BENNET EGAN & ARUNDEL
333 South 7th Street
Minneapolis, MN 55402

ATTORNEY FOR DEFENDANT

Gregory P. Standerfer
MOSELEY & STANDERFER
One Turtle Creek Village
3878 Oak Lawn Avenue, 4th Floor
Dallas, TX 75219-4469

ATTORNEY FOR SCRUGGS CORPORATION

So Ordered.

3/29/01

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
OFFICE OF THE CLERK
316 N. Robert St., Rm 708
St. Paul, MN 55101

**Clerks Notice In Re: Protective Order**

---

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing confidential original documents with the Clerk of U. S. District Court. Failure to do so will cause the documents to be returned.

***Guidelines for filing with the Clerk:***

A. Documents are to be sealed (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 (LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 ½ x 11 inch white paper...flat and unfolded. This rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)

B. Each envelope must list the following information, and each document is to be in a separate envelope.
- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents).
- The word "SEALED" or "CONFIDENTIAL"

***Guidelines for filing with a U. S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U. S. District Judge or U. S. Magistrate Judge are to be marked accordingly and bound together as a set.