**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

HOMEPLUS INSURANCE AGENCY, INC., and SECURIAN FINANCIAL GROUP, INC.,

Plaintiffs,

v.

E.W. BLANCH HOLDINGS, INC.,

Defendant.

Civil No. 00-1099 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Thomas Fabel, Esq., Lindquist & Vennum, 4200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402 and Garold Felland, Esq., The Minnesota Mutual Life Insurance Company, 400 Robert Street North, St. Paul, MN 55101 and Thomas Pursell, Esq., Lindquist & Vennum, 444 Cedar Street, Suite 920, St. Paul, MN 55101, counsel for Plaintiffs.

Gregory Weyandt, Esq., and Angela Beranek, Esq., Rider Bennett Egan & Arundel, 2000 Metro Center, 333 South 7th Street, Minneapolis, MN 55402, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: September 10, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED SEP 10 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________