**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

HomePlus Insurance Agency, Inc.,
And Securian Financial Group,

Plaintiffs,

vs.

E.W. Blanch Holdings, Inc.,

Defendant.

Civil No.: 00-1099 DWF/AJB

**STIPULATION AND**
**ORDER FOR DISMISSAL**

**STIPULATION**

1. The parties hereto, through their undersigned counsel, agreed to settlement of this matter on August 2, 2001, on the terms set forth in a separate Settlement Agreement; and

2. The Settlement Agreement provides for dismissal with prejudice of all claims and counterclaims, known or unknown, which have been brought or could have been brought, arising out of the facts pleaded in the Complaint and Answer and Counterclaim filed herein;

3. Consistent with the Settlement Agreement the parties hereby stipulate that that the Court may issue the Order for Dismissal which appears below.

FILED OCT 09 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

Dated: August 30, 2001.

Gregory Weyandt, Esq.
RIDER BENNET EGAN & ARUNDEL
333 South 7th Street
Minneapolis, Minnesota 55402

ATTORNEYS FOR DEFENDANT

Dated: August 7, 2001.

Thomas F. Pursell, Esq., #012168x
LINDQUIST & VENNUM, P.L.L.P.
444 Cedar Street, Suite 1700
St. Paul, Minnesota 55101

ATTORNEYS FOR PLAINTIFFS

The Court, based on the Stipulation of the Parties and the record herein makes the following:

**ORDER**

All claims or counterclaims which either party has made or could have made, arising out of the facts pleaded in the Complaint and the Answer and Counterclaim herein, are hereby dismissed with prejudice. Each side shall bear its own costs and attorneys' fees.

Dated: October 9, 2001

Judge of District Court



Doc# 1421970\1